IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RPOST HOLDINGS, INC. and RPOST COMMUNICATIONS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>SOPHOS, INC.<br><br>Defendants. | Civil Action No. 2:13-cv-959<br><br>Jury Trial Demanded |

## PLAINTIFFS' CORPORATE DISCLSOURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs RPost Holdings, Inc. and RPost Communications Limited, and by and through their undersigned counsel state as follows:

RPost Holdings, Inc. is a non-governmental corporate party whose parent company is RPost Communications Limited. No publicly held company owns 10% or more of its stock.

RPost Communications Limited is a non-governmental corporate party that has no parent company and no publicly held company owns 10% or more of its stock.

Respectfully Submitted,

Dated: November 13, 2013 By: /s/ Lewis E. Hudnell, III
Winston O. Huff, State Bar No. 24068745
Deborah Jagai, State Bar No. 24048571
W.O. Huff & Associates, PLLC
302 N. Market Street, Suite 450
Dallas, Texas 75202
214.749.1220 (Firm)
469.206.2173 (Fax)
whuff@huffip.com
djagai@huffip.com

Lewis E. Hudnell, III
Colvin Hudnell LLP
375 Park Avenue Suite 2607
New York, New York 10152
Tel: 347.855.4772
Fax: 347.772.3034
lewis@colvinhudnell.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF FILING**

      I certify that on November 13, 2013, I electronically filed the foregoing Plaintiffs' Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system.


                                                            /s/ Lewis E. Hudnell, III